01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,    )
                             )    CASE NO. CR20-094 RSM
         Plaintiff,          )
                             )
     v.                      )
                             )    DETENTION ORDER
ELIAS NEFTALI MONTES-SEVILLA, )
                             )
         Defendant.          )
_____ )

Offense charged:        Conspiracy to Distribute Controlled Substances; Asset Forfeiture

Allegations

Date of Detention Hearing:    August 28, 2020.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

DETENTION ORDER
PAGE -1

01     1.     Defendant has been charged with a drug offense, the maximum penalty of which

02 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

03 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

04     2.     Defendant is a native and citizen of Honduras, with few ties to this District or

05 the United States.   He has family in Honduras, including parents, and his children.   He owns

06 property in that country.   His employment in the construction field in the Seattle area has been

07 for cash, and he was not able to provide the names of the companies.   His criminal record

08 includes prior drug charges and several prior immigration offenses.

09     3.     Taken as a whole, the record does not effectively rebut the presumption that no

10 condition or combination of conditions will reasonably assure the appearance of the defendant

11 as required and the safety of the community.

12 It is therefore ORDERED:

13     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

14         General for confinement in a correction facility separate, to the extent practicable, from

15         persons awaiting or serving sentences or being held in custody pending appeal;

16     2.  Defendant shall be afforded reasonable opportunity for private consultation with

17         counsel;

18     3.  On order of the United States or on request of an attorney for the Government, the person

19         in charge of the corrections facility in which defendant is confined shall deliver the

20         defendant to a United States Marshal for the purpose of an appearance in connection

21         with a court proceeding; and

22     4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

01      for the defendant, to the United States Marshal, and to the United State Pretrial Services

02      Officer.

03      DATED this 28th day of August, 2020.

04

05      _____

        Mary Alice Theiler
06      United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3