The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO.   CR20-094 RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| (1) GUSTAVO SANDOVAL-AGURCIA, <br> (2) ELIAS NEFTALI MONTES-SEVILLA, <br> (3) JORGE URIEL ESQUIVEL-MENA, <br> (4) FRANCISCO JAVIER ESQUIVEL-MENA, <br> (5) BALDEMAR MARTINEZ-RICO, and <br> (6) WILMER GALINDO-MARADIAGA, | |
| Defendants. | |

THIS COURT having considered the stipulation of the parties regarding the pre-trial motions schedule, hereby:

ORDERS that on or before September 10, 2021, counsel for Gustavo Sandoval-Agurcia, Elias Neftali Montes-Sevilla, and the government shall inform the Court whether guilty pleas have been entered or are scheduled to be entered for Mr. Sandoval-Agurcia and/or Mr. Montes-Sevilla or alternatively file a stipulated motion to continue the trial date.

//
//
//

Order - 1
*U.S. v. Sandoval-Agurcia et al.*, CR20-094 RSM

Dated this 29th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney