The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELIAS NEFTALI MONTES-SEVILLA,<br><br>　　　　　　　Defendant. | NO. CR20-094-RSM<br><br>ORDER GRANTING MOTION TO SEAL DEFENDANT'S MEMORANDUM RE SENTENCING |

This Court has considered Defendant's Motion to Seal Defendant's Memorandum Re Sentencing, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Defendant's Motion to Seal is GRANTED and that Defendant's Memorandum Re Sentencing shall remain under seal.

Dated this 14th day of February, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL DEFENDANT'S
MEMORANDUM RE SENTENCING – 1
[US v. Montes-Sevilla, No. CR20-094-RSM]

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681